UNITED STATES DISTRICT COURT
DISTRICT of MASSACHUSETTS

CIVIL ACTION NO:

Robert A. Young,

    Plaintiff

vs.

BENJAMIN L. HALL, JR.,

    Defendant.

04 11563 NMG

MOTIONS PENDING IN THE STATE COURT ACTION REMOVED HEREIN

Pending in the Dukes County probate Court No. 04-E0009-PP1 are the following motions:

1.    Motion of Compass Bank For Savings to Intervene

2.    Motion of Benjamin Lambert Hall Real Estate Of Martha's Vineyard, Inc. to Intervene

3.    Motion of Benjamin L. Hall, as Trustee of Clipper Associates Holding Trust to Intervene

4.    Motion to Dismiss filed by Defendant

5.    Defendant's Motion for Preliminary injunction

## CERTIFICATE OF SERVICE

I, Benjamin L. Hall, Jr., hereby certify that on the date subscribed below I served a copy of the foregoing documents by the following methods: facsimile to the numbers indicated below, and/or in hand and/or by mailing first-class mail, postage prepaid to the following:

Kenneth L. Kimmel, Esq.
Bernstein, Cushner & Kimmel, PC
617-236-4339 FAX
585 Boylston Street- Suite 400
Boston, MA 02116

Marcia Mulford Cini, Esq.
Law Offices of Marcia Mulford Cini, Esq.
508-627-9119 FAX
62 Winter St.  PO Bx 1929
Edgartown, MA 02539

Ellen B. Kaplan, Esq.
Kaplan and Nichols, P.C.
508-627-3399 FAX
63 Winter Street  P.O. Box 2198
Edgartown, MA  02539

7/12, 2004

Benjamin L. Hall, Jr.