UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN HALL, JR., <br>           Plaintiff <br> vs. <br><br> ROBERT A. YOUNG, <br>           Defendant | DOCKET NO. 1:04-CV-11563-NMG |

## MOTION OF ROBERT A. YOUNG TO REMAND

Robert A. Young ("Young") hereby moves to remand this case to the Massachusetts Probate Court for Dukes County.

As reasons for his Motion, Young states the following:

1. On May 25, 2004, Young commenced this action by filing in the Massachusetts Probate Court for Dukes County a Petition for the Partition and Sale of Real Estate located in Tisbury, County of Dukes County, Massachusetts, pursuant to the provisions of Massachusetts General Laws chapter 241;

2. The Petition names Benjamin L. Hall, Jr. ("Hall") as a tenant in common owning a 50% interest in the real estate; it names Compass Bank for Savings and Benjamin L. Hall, Trustee of Clipper Associates Holding Trust as holders of mortgages on the real estate which is the subject of the partition action, and it names Claudia Canerdy as the holder of an easement over the subject premises; (A copy of the Petition is appended hereto as Exhibit 1);

3.   On June 17, 2004, service was made on Hall and on the holders of encumbrances on the property in accordance with the Citation issued by the Massachusetts Probate Court for Dukes County; (A copy of the Citation with return of service and Affidavit Pursuant to G.L.c. 241, § 8 are appended hereto as Exhibit 2);

4.   On June 29, 2004, Compass Bank for Savings filed in the Massachusetts Probate Court for Dukes County, and served, a Motion to Intervene in the action pursuant to G.L.c. 241, § 6. (See Docket Sheet appended hereto as Exhibit 3, # 4);

5.   On July 6, 2004, a Notice of Appearance for Clipper Associates Holding Trust and for Benjamin Lambert Hall Real Estate of Martha's Vineyard was filed in the Massachusetts Probate Court for Dukes County by Kenneth L. Kimmell, Esquire, and, on the same date, Clipper Associates Holding Trust and Benjamin Lambert Hall Real Estate of Martha's Vineyard filed and served Motions to Intervene in the action pursuant to G.L.c. 241, § 6. (See Docket Sheet appended hereto as Exhibit 3, ## 7-9);

6.   On July 7, 2004, Hall filed and served Verified Answer, Objection & Counterclaims, Defendant's Motion for Temporary Restraining Order Ex Parte, Defendant's Motion to Dismiss and Defendant's Motion for a Preliminary Injunction. (Copies of the Verified Answer, Motions and Certificate of Service are appended hereto as Exhibit 4);

7.   On July 9, 2004, Hall notified counsel for Young, Compass Bank for Savings, Clipper Associates Holding Trust and Benjamin Lambert Hall Real Estate of Martha's Vineyard that a hearing on Defendant's (Hall's) motions (emphasis

supplied) was scheduled on Monday, July 12, 2004 in the Massachusetts Probate Court at New Bedford, Massachusetts; (A copy of the notice is appended hereto as Exhibit 5);

8. On July 12, 2004, Compass Bank for Savings filed in the Massachusetts Probate Court for Dukes County a Motion in Opposition to Relief Requested in Defendant's Motion for a Temporary Restraining Order Ex Parte and Defendant's Motion for a Preliminary Injunction; (A copy of the Motion in Opposition is appended hereto as Exhibit 6);

9. On July 12, 2004, a hearing on Defendant's motions was held in the Massachusetts Probate Court at New Bedford, Massachusetts. The Court denied without prejudice Hall's Motion for a Temporary Restraining Order Ex Parte and Hall and Young, by his attorney, signed and filed a Stipulation of the Parties; (Copies of the endorsement on Hall's Motion for a Temporary Restraining Order Ex Parte and the Stipulation of the Parties are appended hereto as Exhibit 7);

10. Thereafter, on July 12, 2004, Hall filed a Notice of Removal of Action from the Probate Department of the Trial Court of the Commonwealth of Massachusetts County of Dukes County No. 04-E0009-PP1 in this court alleging diversity of citizenship among all parties and an amount in controversy in excess of $75,000; (Notice of Removal of Action ¶¶ 1 through 3);

11. Neither Compass Bank for Savings, nor Clipper Associates Holding Trust nor Benjamin Lambert Hall Real Estate of Martha's Vineyard have filed a Notice of Removal of the action nor have any of said parties joined in or assented to the removal petition filed by Hall;

3

12. As more fully discussed in Young's Memorandum of Law submitted herewith, this action should be remanded to the Massachusetts Probate Court for Dukes County for the reasons that a) by invoking the process of the state court where the action was originally filed and undertaking to defend the action in the state court, Hall has waived his right to remove the action to this court; and b) all defendants who have been served and who are eligible to remove the action to federal court have not timely filed notices of removal or timely joined in or assented to Hall's removal petition, and there is a failure of unanimity among defendants to remove the action.

## REQUEST FOR ORAL ARGUMENT

Robert A. Young hereby requests oral argument on his Motion to Remand.

Dated: August 6, 2004

Robert A. Young
by his Attorney

Ellen B. Kaplan  BBO #258580
KAPLAN & NICHOLS, P.C.
63 Winter Street
P.O. Box 2198
Edgartown, MA  02539
(508) 627-3900

Certificate of Service

I, Ellen B. Kaplan, hereby certify I have this ____ day of August, 2004, served the foregoing Motion of Robert A. Young to Remand on all parties by mailing copies thereof to Benjamin L. Hall, Jr., P.O. Box 5155, Edgartown, MA, Kenneth L. Kimmell, Esquire, Bernstein, Cushner & Kimmell, P.C., 585 Boylston Street, Suite 400, Boston, MA 02116 and Marcia Mulford Cini, Esquire and Marilyn H. Vukota, Law Offices of Marcia Mulford Cini, P.O. Box 1929, 62 Winter Street, Edgartown, MA 02539.

_____
Ellen B. Kaplan

F:\Data\SHARED\WP\Litigation\youngremandmotionEBK.wpd