UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN HALL, JR., )<br>        Plaintiff )<br>vs. )<br>)<br>ROBERT A. YOUNG, )<br>        Defendant )<br>) | DOCKET NO. 1:04-CV-11563-NMG |

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Ellen B. Kaplan, Attorney for Robert A. Young, hereby certify that on August 5, 2004, I discussed, in telephone conversation with Benjamin L. Hall, Jr., Young's intention to file a Motion to Remand the above action to the Massachusetts Probate Court for Dukes County for the reasons stated in the Motion. We were unable to reach any resolution of the issues raised in the Motion.

Dated: August 6, 2004

_____
Ellen B. Kaplan

Certificate of Service

    I, Ellen B. Kaplan, hereby certify I have this _6th_ day of August, 2004, served the foregoing Certification Pursuant to Local Rule 7.1 on all parties by mailing copies thereof to Benjamin L. Hall, Jr., P.O. Box 5155, Edgartown, MA, Kenneth L. Kimmell, Esquire, Bernstein, Cushner & Kimmell, P.C., 585 Boylston Street, Suite 400, Boston, MA 02116 and Marcia Mulford Cini, Esquire and Marilyn H. Vukota, Law Offices of Marcia Mulford Cini, P.O. Box 1929, 62 Winter Street, Edgartown, MA 02539.

_____
Ellen B. Kaplan

F:\Data\SHARED\WP\Litigation\youngcertificationEBK.wpd