# BENJAMIN LAMBERT HALL, JR.
## ATTORNEY-AT-LAW
45 MAIN STREET, PO BOX 5155
EDGARTOWN, MASSACHUSETTS 02539
(508) 627-5900

August 13, 2004

Clerk
US District Court
One Courthouse Way, Suite 2300
BOSTON, MA 02210

      RE:    Young v. Hall, Jr.,
             United States District Court,
             District of Massachusetts
             Docket No. 04CV11563NMG
             <u>Local Rule 81.1: CERTIFIED COPIES PROCEEDINGS</u>

Dear Sir/Madam::

     Pursuant to Local Rule 81.1, enclosed please find for filing and docketing in the referenced matter the packet of certified copies of the docket prepared by the County of Dukes County Registrar of Probate in the Massachusetts Trail Court Probate Court Dep't docket no. 04-E-0009-PP1, now removed to the United States District Court as referenced above. Note that this was not previously reproduced by the Probate Court and thus not available until now to file pursuant to Local Rule 81.1.

     Thank you for your attention.

                                                         Sincerely,

                                                        Benjamin L. Hall, Jr.

cc      service list

## CERTIFICATE OF SERVICE

I, Benjamin L. Hall, Jr., hereby certify that on the date subscribed below I served a copy of the foregoing documents by the following methods: facsimile to the numbers indicated below, and/or in hand and/or by mailing first-class mail, postage prepaid to the following:

Kenneth L. Kimmel, Esq.
Bernstein, Cushner & Kimmel, PC
617-236-4339 FAX
585 Boylston Street- Suite 400
Boston, MA 02116

Marcia Mulford Cini, Esq.
Law Offices of Marcia Mulford Cini, Esq.
508-627-9119 FAX
62 Winter St. PO Bx 1929
Edgartown, MA 02539

Ellen B. Kaplan, Esq.
Kaplan and Nichols, P.C.
508-627-3399 FAX
63 Winter Street P.O. Box 2198
Edgartown, MA 02539

_____,200_

_____
Benjamin L. Hall, Jr.

A. C. 153

Docket No. 04E0009-PP1

# COMMONWEALTH OF MASSACHUSETTS

DUKES COUNTY, SS.

FILED
2004 AUG 16
PROBATE COURT
DISTRICT OF MASS

I, ........Elizabeth J. Herrmann........, Register of Probate Court for said County of Dukes County, having, by law, custody of the seal and all the records, books, documents, and papers of or appertaining to said Court, hereby certify the papers hereto annexed to be true copies of said papers appertaining to said Court, and on file and of record in the office of said Court, to wit:

Young v. Hall, Jr.

Docket Entries (2 pp.)

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court, this ........thirteenth........ day of ........August........ in the year of our Lord ~~one thousand nine hundred~~ two thousand and four

*Elizabeth J. Herrmann*
........................................ Register.

# The Trial Court of Massachusetts, Probate and Family Department Dukes

| Case Name | | | | Cross Reference | Docket Number |
|---|---|---|---|---|---|
| Plaintiff: ROBERT A. YOUNG | | | | | 04E0009-PP1 |
| Respondent: BENJAMIN L. HALL JR. | | | | | |

| | Docket Type | | | | |
|---|---|---|---|---|---|
| | Equity | | | | |
| | Case Type | | | | |
| | Petition to Partition | | | | |

| Plaintiff | Attorney | Respondent | Attorney |
|---|---|---|---|
| ROBERT A. YOUNG<br>3538 HALDEMAN CREEK DR.<br>NAPLES, FL | ELLEN KAPLAN<br>63 WINTER STREET<br>P.O. BOX 2198<br>EDGARTOWN, MA<br>02539 | BENJAMIN L. HALL JR.<br>45 MAIN ST.<br>EDGARTOWN, MA<br>02539 | Appearing As Pro Se<br>45 MAIN ST.<br>EDGARTOWN, MA<br>02539 |

Summons Filed:    Aff Disclosing Care & Custody:    GAL Appointed:    CCF:  P  R  D

| Event Date | Event No | Event Code | Document | Docket Date |
|---|---|---|---|---|
| 06/11/2004 | 1 | PTNPP | PETITION FOR PARTITION AND SALE OF REAL ESTATE | 06/11/2004 |
| 06/11/2004 | 2 | APPCNS | NOTICE OF APPEARANCE OF ELLEN KAPLAN, COUNSEL FOR ROBERT A. YOUNG | 06/11/2004 |
| 06/11/2004 | 3 | CITISSU | CITATION ISSUED, RETURNABLE 07/07/2004. | 06/11/2004 |
| 06/30/2004 | 4 | MINTVEN | COMPASS BANK FOR SAVINGS 'S MOTION TO INTERVENE | 07/09/2004 |
| 07/06/2004 | 5 | MWAIV | PETR. 'S MOTION TO WAIVE GUARDIAN AD LITEM | 07/09/2004 |
| 07/07/2004 | 6 | AFF | AFFIDAVIT OF PETR. PUR. TO MGL CH 241, SEC. 8 | 07/09/2004 |
| 07/07/2004 | 7 | MINTVEN | BENJAMIN LAMBERT HALL REAL ESTATE OF MV 'S MOTION TO INTERVENE | 07/09/2004 |

| Event Date | Event No | Event Code | Document | Docket Date |
|---|---|---|---|---|
| 07/07/2004 | 8 | APPCNS | NOTICE OF APPEARANCE OF KENNETH L. KIMMELL, ESQ., COUNSEL FOR CLIPPER ASSOC. HOLDING TRUST & BENJAMIN LAMBERT HALL R.E. OF MV | 07/09/2004 |
| 07/07/2004 | 9 | MINTVEN | CLIPPER ASSOCIATES HOLDING TRUST'S MOTION TO INTERVENE | 07/09/2004 |
| 07/07/2004 | 10 | MISC | DF/RESP: VERIFIED ANSWER, OBJECTION AND COUNTERCLAIMS ] | 07/09/2004 |
| 07/07/2004 | 11 | M | DF/RESP.'S MOTION FOR A TEMPORARY RESTRAINING ORDER - EX PARTE | 07/09/2004 |
| 07/07/2004 | 12 | M | DF/RESP.'S MOTION FOR A PRELIMINARY INJUNCTION | 07/09/2004 |
| 07/07/2004 | 13 | MDISM | DF/RESP.'S MOTION TO DISMISS PET. FOR PARTITION | 07/09/2004 |
| 07/07/2004 | 14 | CERT | CERTIFICATE OF SERVICE | 07/09/2004 |
| 07/12/2004 | 15 | OBJ | COMPASS BANK'S OBJECTIONS TO MOTION FOR RESTRAINING ORDER | 08/13/2004 |
| 07/12/2004 | 16 | ORMDEN | MOTION FOR RESTRAINING ORDER DENIED. ARMAND FERNANDES, JR., J. ATTYS/PTYS ND 07/20/2004 | 08/13/2004 |
| 07/12/2004 | 17 | STIP | STIPULATION | 08/13/2004 |
| 07/14/2004 | 18 | NTC | NOTICE TO COURT OF REMOVAL OF ACTION FROM THE PROBATE DEPARTMENT OF THE TRIAL COURT | 08/13/2004 |
| 07/19/2004 | 19 | OR | ORDER OF ASSIGNMENT. SEAN M. DUNPHY, J. ATTYS/PTYS ND | 08/13/2004 |