UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


Docket No.: 1:04-CV-11563-NMG


_____ )
                                  )
ROBERT A. YOUNG,                  )
          Plaintiff-Petitioner    )   **DEFENDANT,**
                                  )   **BENJAMIN L. HALL, JR.'S**
v.                                )   **OPPOSITION TO**
                                  )   **PLAINTIFF'S MOTION TO**
BENJAMIN L. HALL, JR.,            )   **REMAND**
          Defendant-Respondent    )
_____ )


        Now comes Defendant, Benjamin L. Hall, Jr.
(hereinafter, Defendant), and respectfully requests that
this honorable court deny Plaintiff's, Robert A. Young
(hereinafter, Plaintiff) Motion to Remand this matter to
the Massachusetts Probate Court for Dukes County.

        As reasons therefore, Defendant states that

1. Plaintiff initiated this action on or about May 25,
2004, by filing a Petition for Partition and Sale of Real
Estate in the Massachusetts Probate Court for Dukes County,
pursuant to Mass. Gen. L. ch. 241; that 2. Defendant
subsequently filed an Answer and Counterclaim[1] in response
to said Petition on or about July 7, 2004; that

_____

[1]     Said Answer and Counterclaim includes affirmative
defenses and substantive claims against Plaintiff,
including 1. failure to name or join necessary parties; 2.
fraud; 3. fraud in the inducement; 4. laches; 5. unclean

3. Defendant also subsequently filed a Notice of Removal of this action to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C.A., sec. 1446 and 28 U.S.C.A., sec. 1332, on or about July 12, 2004, based upon diversity of citizenship among the parties[2] and based upon the existence of an amount in controversy in excess of $ 75,000.00; and that 4. subsequent to the filing of said Notice of Removal by Defendant, Plaintiff filed, on or about July 23, 2004, in the United States District Court for the District of Massachusetts, an Answer to Defendant's Counterclaim.

---

hands; 6. unjust enrichment; 7. lack of standing (based upon the equitable transfer of Plaintiff's interest in the subject property to a trust); 8. estoppel; 9. waiver; 10. breach of contract; 11. breach of a settlement agreement; 12. breach of fiduciary duty; 13. violations of Mass. Gen. L. ch. 93A; 14. violation of the covenant of good faith and fair dealing; 15. abuse of process; 16. malicious prosecution; 17. breach of a partnership agreement; 18. quantum meruit; 19. equitable tolling of the statute of limitations due to promises made by Plaintiff and due to the forebearance of Defendant; and 20. a claim that the Probate Court lacks subject matter jurisdiction over Defendant's counterclaims. (See attached Exhibit A:  Verified Answer, Objections and Counterclaim of Defendant, Benjamin L. Hall, Jr., dated 7/7/04, p.5-6).

[2]    Plaintiff concedes that Plaintiff is a resident of Naples, Florida, and Defendant is a resident of Edgartown, Massachusetts. (See attached Exhibit B:  Petition of Robert A. Young for Partition and Sale of Real Estate, dated 5/25/04).

In further support of this motion, Defendant refers to and incorporates herein Defendant's Memorandum in Opposition to Plaintiff's Motion to Remand.

WHEREFORE, Defendant respectfully requests that this honorable court deny Plaintiff's Motion to Remand and allow this action to proceed in the United States District Court for the District of Massachusetts.

Respectfully Submitted,
Benjamin L. Hall, Jr.,
Defendant,

Dated: 6/20/04

Benjamin L. Hall, Jr., Esq.
BBO#: 547622
P.O. Box 5155 – 45 Main St.
Edgartown, MA  02539-5155
(508) 627-5900

## CERTIFICATE OF SERVICE

I, Benjamin L. Hall, Jr., hereby certify that on the date subscribed below I served a copy of the foregoing documents by the following methods: facsimile to the numbers indicated below, and/or in hand and/or by mailing first-class mail, postage prepaid to the following:

Kenneth L. Kimmel, Esq.
Bernstein, Cushner & Kimmel, PC
617-236-4339 FAX
585 Boylston Street- Suite 400
Boston, MA 02116

Marcia Mulford Cini, Esq.
Law Offices of Marcia Mulford Cini, Esq.
508-627-9119 FAX
62 Winter St.  PO Bx 1929
Edgartown, MA 02539

Ellen B. Kaplan, Esq.
Kaplan and Nichols, P.C.
508-627-3399 FAX
63 Winter Street  P.O. Box 2198
Edgartown, MA  02539

_8/20_,200 4

Benjamin L. Hall, Jr.