# EXHIBIT B

**EXHIBIT B**