A. C. 92

# COMMONWEALTH OF MASSACHUSETTS

To the Honorable the Judge of the Probate Court in and for the County of Dukes County:

RESPECTFULLY represents __Robert A. Young__

of __Naples, Florida__ ~~in the County of~~ _____

that    he    holds    as tenant    in common an undivided part or share of the following described land situated in __Tisbury__

in the County of Dukes County, which    he    wishes    to hold in severalty:

The land with the buildings thereon situated in Tisbury, County of Dukes County, Commonwealth of Massachusetts, bounded and described as follows:

Being the same premises shown as "George R. Yates et ux" on a "Plan of Land in Tisbury, Mass., Surveyed for Jon C. & Ann K. Nelson, Trs., May 22, 1979, Scale: 1" = 20', Dean R. Swift, Reg'd Land Surveyor, Vineyard Haven, Mass." recorded with Dukes County Registry of Deeds in Book 367, Page 743, to which plan reference is hereby made for a more particular description, and bounded as follows:

| | |
|---|---|
| Northerly by | land now or formerly of Ann K. Nelson, Trustee of Charles Kahler Charles Realty Trust one hundred six and 33/100 (106.33) feet; thence |
| Easterly by | Main Street fifty-eight and 51/100 (58.51) feet; thence |
| Southerly by | land now or formerly of Marya W. Dabrowski ninety-four and 54/100 (94.54) feet; thence |
| Westerly by | land now or formerly of Bernard S. Issokson et ux forty-two and 99/100 (42.99) feet. |

The common title to said land is derived under - deed of __Robert A. Young, Trustee of Ye Olde Clipper Realty__

dated __May 20, 2004__ recorded with __Dukes County Registry of__ Deeds, Book __1001__ Page __1004__ - ~~will of~~

~~last residence of~~ _____ ~~in the County of Dukes County, deceased~~ and

your petitioner further represents    that the names and residences of all the tenants in common and their respective shares and proportions and the nature thereof, are as follows:

| NAME | RESIDENCE | SHARE | NATURE |
|---|---|---|---|
| Benjamin L. Hall, Jr. | 45 Main Street Edgartown, MA 02539 | 50% | fee simple |
| Robert A. Young | 3538 Haldeman Creek Drive Naples, FL 34112 | 50% | fee simple |

That the following named persons have or claim to have incumbrances on said land.

| Name | Residence | Incumbrance |
|---|---|---|
| Compass Bank for Savings | 91 Main Street Tisbury, MA 02568 | Mortgage |
| Benjamin L. Hall, Trustee of Clipper Associates Holding Trust | 45 Main Street Edgartown, MA 02539 | Mortgage |
| Claudia Canerdy | PO Box 314 Edgartown, MA 02539 | Easement |

The petitioner    desire    that all - *the following described part* - of said land may be ordered to be sold at private sale for not less than _____ dollars.

Wherefore your petitioner    prays    that partition be made of all ~~the above described part~~ - of the land aforesaid according to law, and to that end that a commissioner be appointed to make such partition and be ordered to make sale and conveyance of all, or any portion of, said land which the Court finds cannot be advantageously divided, either at private sale or public auction, and be ordered to distribute and pay over the net proceeds thereof in such manner as to make the partition just and equal, and the petitioner    certifies    under the penalties of perjury that the statements herein contained are true to the best of    his    knowledge and belief.

Dated this _____25th_____ day of ____May____ ~~A.D.~~ 2004

_____
Robert A. Young

The undersigned, being all persons interested, hereby assent to the foregoing petition.

_____    _____

_____    _____

A.C. 92

No. ............................

## PARTITION AND SALE OF REAL ESTATE

### Petition

Filed ............................ 19 .

Citation Issued ................. 19 .

Returnable ...................... 19 .

Allowed ......................... 19 .

Warrant Issued .................. 19 .

For Petitioner:

Ellen B. Kaplan
Kaplan & Nichols, PC
P.O. Box 2198
Edgartown, MA 02539
(508) 627-3900

For Respondent: