A. C. 92

# COMMONWEALTH OF MASSACHUSETTS

To the Honorable the Judge of the Probate Court in and for the County of Dukes County:

RESPECTFULLY represents __Robert A. Young__

of __Naples, Florida__ ~~in the County of~~ _____

that he holds as tenant in common an undivided part or share of the following described land situated in __Tisbury__ in the County of Dukes County, which he wishes to hold in severalty:

The land with the buildings thereon situated in Tisbury, County of Dukes County, Commonwealth of Massachusetts, bounded and described as follows:

Being the same premises shown as "George R. Yates et ux" on a "Plan of Land in Tisbury, Mass., Surveyed for Jon C. & Ann K. Nelson, Trs., May 22, 1979, Scale: 1" = 20', Dean R. Swift, Reg'd Land Surveyor, Vineyard Haven, Mass." recorded with Dukes County Registry of Deeds in Book 367, Page 743, to which plan reference is hereby made for a more particular description, and bounded as follows:

| | |
|---|---|
| Northerly by | land now or formerly of Ann K. Nelson, Trustee of Charles Kahler Charles Realty Trust one hundred six and 33/100 (106.33) feet; thence |
| Easterly by | Main Street fifty-eight and 51/100 (58.51) feet; thence |
| Southerly by | land now or formerly of Marya W. Dabrowski ninety-four and 54/100 (94.54) feet; thence |
| Westerly by | land now or formerly of Bernard S. Issokson et ux forty-two and 99/100 (42.99) feet. |

The common title to said land is derived under - deed of __Robert A. Young, Trustee of Ye Olde Clipper Realty__ dated __May 20, 2004__ recorded with __Dukes County Registry of__ Deeds, Book __1001__ Page __1004__ - ~~will of~~

~~late of~~ _____ ~~in the County of Dukes County, deceased~~ and your petitioner further represents that the names and residences of all the tenants in common and their respective shares and proportions and the nature thereof, are as follows:

| NAME | RESIDENCE | SHARE | NATURE |
|---|---|---|---|
| Benjamin L. Hall, Jr. | 45 Main Street Edgartown, MA 02539 | 50% | fee simple |
| Robert A. Young | 3538 Haldeman Creek Drive Naples, FL 34112 | 50% | fee simple |

That the following named persons have or claim to have incumbrances on said land.

| Name | Residence | Incumbrance |
|---|---|---|
| Compass Bank for Savings | 91 Main Street, Tisbury, MA 02568 | Mortgage |
| Benjamin L. Hall, Trustee of Clipper Associates Holding Trust | 45 Main Street, Edgartown, MA 02539 | Mortgage |
| Claudia Canerdy | PO Box 314, Edgartown, MA 02539 | Easement |

The petitioner desire that all - *the following described part* - of said land may be ordered to be sold at private sale for not less than _____ dollars.

Wherefore your petitioner prays that partition be made of all ~~the above described part~~ - of the land aforesaid according to law, and to that end that a commissioner be appointed to make such partition and be ordered to make sale and conveyance of all, or any portion of, said land which the Court finds cannot be advantageously divided, either at private sale or public auction, and be ordered to distribute and pay over the net proceeds thereof in such manner as to make the partition just and equal, and the petitioner certifies under the penalties of perjury that the statements herein contained are true to the best of his knowledge and belief.

Dated this _25th_ day of _May_ ~~A.D.~~ 2004

Robert A. Young

The undersigned, being all persons interested, hereby assent to the foregoing petition.

A.C. 92

No. ........................

## PARTITION AND SALE OF REAL ESTATE

### Petition

Filed ............................ 19 .....

Citation Issued ............................ 19 .....

Returnable ............................ 19 .....

Allowed ............................ 19 .....

Warrant Issued ............................ 19 .....

For Petitioner:

Ellen B. Kaplan
Kaplan & Nichols, PC
P.O. Box 2198
Edgartown, MA 02539
(508) 627-3900

For Respondent: