# EXHIBIT C

EXHIBIT C