# EXHIBIT D

**EXHIBIT D**