# EXHIBIT E

**EXHIBIT E**