# EXHIBIT F

EXHIBIT F