# EXHIBIT G

EXHIBIT G