UNITED STATES DISTRICT COURT
DISTRICT of MASSACHUSETTS

CIVIL ACTION: 04CV11563NMG

| | |
|---|---|
| ROBERT A. YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| BENJAMIN L. HALL, JR., | ) |
| | ) |
| Defendant. | ) |

DEFENDANT'S MOTION FOR SANCTIONS FOR RULE 11 VIOLATIONS & TO STRIKE PORTIONS OF PLAINTIFF'S MOTION TO REMAND

  Defendant, Benjamin L. Hall, Jr., *Pro Se*, hereby requests this Honorable Court sanction the Plaintiff herein, Robert A. Young ("Young"), for violations of FRCP 11(b) for direct and intentional misrepresentations to this court & to strike the offending portions and related argument from Plaintiff's motion to Remand and in support thereof states as follows:

  YOUNG MISREPRESENTS THAT THERE ARE MULTIPLE DEFENDANTS

  1.  Robert A. Young, has moved for remand. In Young's Memorandum in Support of his Motion for Remand, Young has essentially represented to the court that there are other defendants in the matter who have not joined in the removal. This is a direct misrepresentation as there are **NO OTHER DEFENDANTS** at this time.

  2.  Others with liens or other equitable interests in the case have moved to intervene in the Probate Court matter prior to its removal, but there has not been any order that has allowed their entry into the matter as Defendants. See G.L. c. 241 §6 (lien holders may seek to intervene which shall be allowed, but NOT parties).

  3.  As of the time of the Motion to Remand, the only defendant in the matter is Benjamin L. Hall, Jr. None of these parties has moved to remand the matter, nor have they requested that this court rule on their pending motions to intervene. Plaintiff thus has overtly misrepresented the status of the proceedings in this case and has used such misrepresentation as a basis for seeking remand.

4.	Such a misrepresentation was knowing, willful and intentionally made to this court in order to try to hoodwink the court into remanding on this basis. Such is an over violation of FRCP 11(b), subjecting Young to sanctions.

6.	Further, it is respectfully submitted that the offending portions and related argument of Plaintiff's motion for remand and supporting papers should be stricken.

WHEREFORE, the Defendant requests that this Honorable Court sanction Plaintiff for such knowing violation of FRCP 11 and award Defendant the costs incurred in responding to said Motion to Remand and in preparing the within Motion, including punitive damages plus interest and costs (all costs to be submitted on allowance hereof).

DATED: August 20, 2004

S/ Benjamin L. Hall, Jr.

Benjamin L. Hall, Jr., Defendant, *Pro Se*
45 Main St.  PO Box 5155
Edgartown, MA  02539
(508) 627-5900