UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No.:  1:04-CV-11563-NMG

_____
                                    )
ROBERT A. YOUNG,                    )
            Plaintiff,              )
                                    )
v.                                  )
                                    )
BENJAMIN L. HALL, JR.,              )
            Defendant.              )
_____)

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

　　　　I, Benjamin L. Hall, Jr., Defendant herein, hereby certify that on August 19, 2004, I discussed, in telephone conversation with Ellen Kaplan, Esq., Young's attorney, Defendant Benjamin L. Hall, Jr.'s intention to file a MOTION FOR SANCTIONS FOR RULE 11 VIOLATIONS & TO STRIKE PORTIONS OF PLAINTIFF'S MOTION TO REMAND for the reasons stated in the Motion. We were unable to reach any resolution of the issues raised in the Motion.

Dated: August 20, 2004

S/Benjamin L. Hall, Jr.

Benjamin L. Hall, Jr., Defendant, *Pro Se*
45 Main St.  PO Box 5155
Edgartown, MA  02539
(508) 627-5900