CERTIFICATE OF SERVICE

      I, Benjamin L. Hall, Jr., hereby certify that on the date subscribed below I served a copy of the foregoing documents by the following methods: facsimile to the numbers indicated below, and/or in hand and/or by mailing first-class mail, postage prepaid to the following:

Kenneth L. Kimmel, Esq.
Bernstein, Cushner & Kimmel, PC
617-236-4339 FAX
585 Boylston Street- Suite 400
Boston, MA 02116

Marcia Mulford Cini, Esq.
Law Offices of Marcia Mulford Cini, Esq.
508-627-9119 FAX
62 Winter St.  PO Bx 1929
Edgartown, MA 02539

Ellen B. Kaplan, Esq.
Kaplan and Nichols, P.C.
508-627-3399 FAX
63 Winter Street  P.O. Box 2198
Edgartown, MA  02539

August 20, 2004

                                      S/ Benjamin L. Hall, Jr.
                                      _____
                                            Benjamin L. Hall, Jr.