UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM QUILES, through his mother OFELIA QUILES; JOSE CORTEZ, through his mother CONSUELO CORTEZ; MARIA, ESBEIDA, and MIRIBEL GUZMAN and GOYA and REYNA CORTEZ, through their mother REYNA LARIOS; and RAMON LARIOS,<br>      Plaintiffs<br><br>v.<br><br>JOAQUIN KILSON, EDWARD THURSTON, WILLIAM LAWRENCE, DONALD RICHARDS, JUDE CHABOT, PETER KYMALAINEN, KENNETH MAYNARD, JOHN MURRAY, and THE CITY OF FITCHBURG,<br>      Defendants. | C.A. No. 98-40242 NMG<br><br>**PLAINTIFFS' MOTION FOR EVIDENTIARY HEARING WITH JURY FOREWOMAN** |

Now come the Plaintiffs in the above-captioned proceeding and respectfully move that this Honorable Court convene an evidentiary hearing as soon as possible to call the jury forewoman and probe further the very disturbing revelation that, had the Court properly answered the jury's question as to whether the custom related to "drug cases", the jury would have found for the plaintiffs. *See* Affidavit of Plaintiffs' Counsel Stephen Hrones and Plaintiffs' Motion for New Trial filed contemporaneously herewith.

Respectfully submitted,
Plaintiffs William Quiles, *et al.*,
By their attorneys,

//S//Stephen Hrones
Stephen B. Hrones (BBO # 242860)
Jessica Hedges (BBO # 645847)
HRONES & GARRITY
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T)617/227-4019

**CERTIFICATE OF SERVICE**

I, Stephen Hrones, hereby certify that on this 20th day of August, 2004, I served a true and correct copy of PLAINTIFFS' MOTION FOR EVIDENTIARY HEARING WITH JURY FOREWOMAN where unable to do so electronically, via United States First-Class Mail, postage prepaid, as follows: William P Breen, Jr., Esq., MURPHY, HESSE, TOOMEY & LEHANE, 300 Crown Colony Dr, Box 9126, Quincy, MA 02269.

//S//Stephen Hrones
Stephen Hrones

**Motions**

4:98-cv-40242-NMG Quiles, et al v. Kilson, et al

## United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Hrones, Stephen B. entered on 8/20/2004 at 12:55 PM EDT and filed on 8/20/2004

| | |
|---|---|
| **Case Name:** | Quiles, et al v. Kilson, et al |
| **Case Number:** | 4:98-cv-40242 |
| **Filer:** | William Quiles |
| **Document Number:** | 109 |

**Docket Text:**
MOTION for Hearing -*Evidentiary Hearing With Jury Forewoman* by William Quiles.(Hrones, Stephen)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=8/20/2004] [FileNumber=641289-0]
[85fa0c9a7726ca6887d71e5f9c804ad66b1e4bf8079c0b0252bf0edbde6907b93e3d
e79a1b706e2e5314ec3ebe955c151e902af6dc8bbfb50a979117ea0f8340]]

**4:98-cv-40242 Notice will be electronically mailed to:**

William P Breen    wbreen@mhtl.com

Jessica Diane Hedges    jdhedges@yahoo.com

Stephen B. Hrones    hrones@masscriminallawyer.com, sbhlaw@comcast.net

Aderonke O.A. Lipede    alipede@fitzhughlaw.com

**4:98-cv-40242 Notice will not be electronically mailed to:**