UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM QUILES, through his mother OFELIA QUILES; JOSE CORTEZ, through his mother CONSUELO CORTEZ; MARIA, ESBEIDA, and MIRIBEL GUZMAN and GOYA and REYNA CORTEZ, through their mother REYNA LARIOS; and RAMON LARIOS, Plaintiffs<br><br>v.<br><br>JOAQUIN KILSON, EDWARD THURSTON, WILLIAM LAWRENCE, DONALD RICHARDS, JUDE CHABOT, PETER KYMALAINEN, KENNETH MAYNARD, JOHN MURRAY, and THE CITY OF FITCHBURG, Defendants. | C.A. No. 98-40242 NMG |

**PLAINTIFFS' COUNSEL'S AFFIDAVIT IN SUPPORT OF
MOTION FOR NEW TRIAL**

I, Stephen Hrones, being duly sworn, hereby depose and state as follows:

1. That I, and my associate, Jessica D. Hedges, represent all of the plaintiffs in the above-captioned proceeding; and, that trial in this matter commenced on Monday, August 16, 2004, and ended on Thursday, August, 19, 2004.

2. That after the jury verdict for the defendants on August 19, 2004 at about 6:05 p.m., I was waiting for the boat ferry to take me to North Station to get the train home. The jury forewoman, Jennifer Dehotal-Engel, approached me and asked if she could speak with me. I said yes. She stated that everyone wanted to find for the plaintiffs on the liability of the City of

1

Fitchburg issue but when the judge did not answer the last question that the custom only related to drug cases, the jury felt that it could not find for the plaintiffs. She explained that the judge's answer told them that the custom had to relate to all searches, including non-drug searches such as for stolen property.

3. A grave injustice has been done to the poor, Mexican plaintiffs because the crucial question the jury put to the Court was answered in error by not informing the jury that the only custom or policy raised by the evidence related to *drug searches.*

SIGNED AND SWORN UNDER THE PAINS AND PENALTIES OF PERJURY THIS 20TH DAY OF AUGUST, 2004, BOSTON, SUFFOLK COUNTY, MASSACHUSETTS.

//S//Stephen Hrones
Stephen B. Hrones (BBO # 242860)
Jessica Hedges (BBO # 645847)
HRONES & GARRITY
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T)617/227-4019

**CERTIFICATE OF SERVICE**
I, Stephen Hrones, hereby certify that on this 20th day of August, 2004, I served a true and correct copy of AFFDIAVIT OF PLAINTIFFS' COUNSEL IN SUPPORT OF MOTION FOR NEW TRIAL where unable to do so electronically, via United States First-Class Mail, postage prepaid, as follows: William P Breen, Jr., Esq., MURPHY, HESSE, TOOMEY & LEHANE, 300 Crown Colony Dr, Box 9126, Quincy, MA 02269.

//S//Stephen Hrones
Stephen Hrones

2

**Other Documents**

4:98-cv-40242-NMG Quiles, et al v. Kilson, et al

# United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Hrones, Stephen entered on 8/20/2004 at 12:50 PM EDT and filed on 8/20/2004

**Case Name:**    Quiles, et al v. Kilson, et al
**Case Number:**    4:98-cv-40242
**Filer:**
**Document Number:** 108

**Docket Text:**
AFFIDAVIT in Support re [107] MOTION for New Trial *(Plaintiffs)*. (Hrones, Stephen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=8/20/2004] [FileNumber=641280-0]
[d5354f8fa9092b2b3b467506581ca2f01aa6c8ace4b0917f6519d4c9a26c35318e8c
f28cd05d06c335b5942bd22564e4d7c2dbdf05c160589c87dc6e7f4a3bd8]]

**4:98-cv-40242 Notice will be electronically mailed to:**

William P Breen    wbreen@mhtl.com

Jessica Diane Hedges    jdhedges@yahoo.com

Stephen B. Hrones    hrones@masscriminallawyer.com, sbhlaw@comcast.net

Aderonke O.A. Lipede    alipede@fitzhughlaw.com

**4:98-cv-40242 Notice will not be electronically mailed to:**