UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BENJAMIN HALL, JR., | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | DOCKET NO. 04-CV-11563-NMG |
| | ) | |
| ROBERT A. YOUNG, | ) | |
| | ) | |
| Defendant | ) | |

## STATEMENT OF ASSENT TO REMOVAL

The interveners Clipper Associates Holding Trust and Benjamin Lambert Hall Real Estate of Martha's Vineyard hereby assent to the removal of this action by Benjamin L. Hall, Jr.

Dated: August 20, 2004

Respectfully submitted,
Benjamin Lambert Hall Real Estate of
Martha's Vineyard and
Clipper Associates Holding Trust

By its Attorney,

Kenneth L. Kimmell, BBO # 555796
Bernstein, Cushner & Kimmell, P.C.
585 Boylston Street, Suite 400
Boston, MA  02116
(617) 236-4090 (Voice)
(617) 236-4339 (Fax)

I:\Clients\HAL\Statement of Assent to Removal.hal.wpd