UNITED STATES DISTRICT COURT
DISTRICT of MASSACHUSETTS

CIVIL ACTION: 04CV11563NMG

ROBERT A. YOUNG, )
)
      Plaintiff, )
vs. )
)
BENJAMIN L. HALL, JR., )
)
      Defendant. )

STIPULATION OF DISMISSAL

NOW COMES the Defendant, Benjamin L. Hall, Jr., *Pro Se*, and Plaintiff, Robert A. Young, by and through his attorney, Ellen B. Kaplan, Esq., and hereby jointly stipulate to the dismissal of the within action without prejudice and without costs, and in accord with the Order entered _____.

DATED: October ___, 2004

S/ Benjamin L. Hall, Jr.

Benjamin L. Hall, Jr., Defendant, *Pro Se*
45 Main St. PO Box 5155
Edgartown, MA 02539
(508) 627-5900

Robert A. Young
BY HIS ATTORNEY,
Ellen B. Kaplan, Esq.

S/ Ellen B. Kaplan, Esq.

Ellen B. Kaplan, Esq.
Kaplan & Nichols, PC
BBO #
63 Winter Street PO Box 2198
Edgartown, MA 02539
(508) 627-3900